THOMAS M. KILLEEN, APPELLANT, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT, RESPONDENT.

Submitted October 28, 1932—Decided January 23, 1933.

For the appellant, *Francis A. Gordon.*

For the respondent, *Henry H. Fryling.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 366.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ.   11.

*For reversal*—None.